IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MISTER MONEY INC.,
          Plaintiff,

CIVIL ACTION NO. 7:25-cv-10306

vs.

TYREKE ROGERS p/k/a Lil Double O
and
WILBURN HOLDING COMPANY, INC.
d/b/a FREEBANDZ ENTERTAINMENT,
          Defendants.

_____/

**DEFENDANT, TYREKE ROGER'S, MOTION TO QUASH SERVICE**

COMES N[OW] ... [Lil Doub]le 0 (hereinafter

referred to as "Mr. [...] ... [...] without the aid of

counsel, who respe[ctfully] ... [or]der quashing the

purported Decembe[r ...] ... [su]mmons in this action

on Mr. Rogers, purs[uant to ...] ... [he]re, and states as

follows:

1. Plaintiff pur[ported ...] ... [ac]tion by way of

"posting" a [...] ... [...] of 1776 Polk Street,

Unit 1004, [...] ... [...] (Exhibit A hereto) and

Return of S[ervice ...]

2. The above address is not Mr. Rogers' place of abode and Mr. Rogers did not learn of the

alleged "posting" until contacted by co-defendant Wilburn Holding Company, Inc. and

apprised of this civil action and the alleged "posting".

---

Defendant's application (Doc. 13) is denied without prejudice to renewal. Per the docket, Plaintiff has already requested the issuance of an amended summons reflecting Defendant's correct address. (Doc. 14).

Defendant, for future applications to the Court, shall follow the Court's Individual Practices. Defendant is further advised that he can contact the Pro Se Intake Unit at (212) 805-0175 for procedural assistance with his case.

The Clerk of Court is respectfully requested to terminate the application pending at Doc. 13.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
      January 16, 2026

3.  Had Plaintiff conducted the least minimal due diligence in effecting service, Plaintiff would have learned that Mr. Rogers' current address and place of abode is 420 NE 154th Street, Miami, Florida 33162. See Florida Department of Corrections Offender Network Supervised Population Information Detail verifying Mr. Rogers' permanent address as such, attached hereto as Exhibit C.

WHEREFORE, for all of the foregoing reasons, Mr. Rogers prays this Honorable Court enter an Order quashing service in this matter.

Dated: January 14, 2026

Respectfully Submitted,

Tyreke Reico Rogers
Defendant, pro se
420 NE 154th Street
Miami, Florida 33162
artistdocportal@gmail.com

I HEREBY DECLARE UNDER THE PENALTY OF PERJURY that I have read the foregoing and the facts stated therein are true and correct based upon my personal knowledge and belief, pursuant to Title 28, United States Code, Section 1746.

Tyreke Rieco Rogers
Affiant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on

Andrew L. Kincaid, counsel for Plaintiff, at KINCAID LAW PLLC, 152 West 57th Street, 8th

Floor, New York, New York 10019 and via email at akincaid@kincaidpllc.com, this 14th day of

January 2026.

Respectfully Certified,

Tyreke Rieco Rogers
Defendant, pro se

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| Mister Money Inc. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Tyreke Rieco Rogers p/k/a Lil Double 0 <br> and <br> Wilburn Holding Company, Inc. d/b/a Freebandz <br> Entertainment. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 7:25-cv-10306 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tyreke Rieco Rogers p/k/a Lil Double 0
1776 Polk Street #1004
Hollywood, Florida 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew L. Kincaid, KINCAID LAW PLLC
152 West 57th Street, 8th Floor
New York, New York 10019
Tel.: 646.780.8063
akincaid@kincaidpllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/16/2025

/S/ V. BRAHIMI
_____
*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-10306

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **7:25-cv-10306-PMH**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tyreke Rieco Rogers**
was recieved by me on  **12/17/2025**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)*; or

☐   I returned the summons unexecuted because ; or

☒   Other *(specify)*   **POSTED AND MAILED TO THE ADDRESS ON 12/24/25**

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/24/2025

_____
Server's signature

**Bini Guan**
*Printed name and title*

**511 sw 61 ave**
**Miami, FL 33144**

_____
Server's address

Additional information regarding attempted service, etc:

**Thu 12/18/2025 10:39 AM There was no answer at the address.**
**Fri 12/19/2025 07:49 PM   There was no answer at the address.**
**Sat 12/20/2025 11:22 AM There was no answer at the address.**
**Mon 12/22/2025 11:08 AM There was no answer at the address.**
**Tue 12/23/2025 12:02 PM There was no answer at the address.**

**On Wed 12/24/2025 09:54 AM After confirming with the client that the subject resides at this located thru email thru
abc legal and comply with the attempt from court , I have posted the documents, SUMMONS; COMPLAINT,  to their
door. Afterwards I will also be mailing the documents, SUMMONS; COMPLAINT,  to the subject via post office**

EXHIBIT B

Tracking #: **0200853044**

1/14/26, 9:26 AM                                  Supervised Population Information Detail

 (///fdc.myflorida.com/index.html)

# FLORIDA DEPARTMENT OF CORRECTIONS (https://fdc.myflorida.com/index.html)

Ron DeSantis, Governor
Ricky D. Dixon, Secretary

OFFENDER SEARCH (https://pubapps.fdc.myflorida.com/OffenderSearch/InmateInfoMenu.aspx)

VISITING INFORMATION (https://fdc.myflorida.com/ci/visit.html)    INSTITUTIONS (https://fdc.myflorida.com/ci/index.html)

PROBATION SERVICES (https://fdc.myflorida.com/cc/index.html)

PROGRAMS (https://fdc.myflorida.com/development/index.html)    NEWSROOM (https://fdc.myflorida.com/comm/index.html)

# CORRECTIONS OFFENDER NETWORK

## SUPERVISED POPULATION INFORMATION DETAIL

(This information was current as of 1/11/2026)



| | |
|---|---|
| DC Number: | Q92653 |
| Name: | ROGERS, TYREKE |
| Race: | BLACK |
| Sex: | MALE |
| Birth Date: | 12/05/2001 |
| Supervision Begin Date: | 03/14/2025 |
| Current Location: | MIAMI (https://fdc.myflorida.com/cc/11 |
| Current Status: | ACTIVE |
| Supervision Type: | PROBATION FELONY |
| Scheduled Termination Date: | 04/03/2035 |



(https://www.vinelink.com/vinelink/servlet/SubjectSearch?
siteID=10000&agency=900&offenderID=Q92653)

## Current Verified PERMANENT Address:

420 NE 154TH ST
MIAMI, FL 33162

EXHIBIT C