UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISTER MONEY INC.,

                    Plaintiff,

          -against-

TYREKE RIECO ROGERS, et al.,

                    Defendants.

**ORDER**

25-CV-10306 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 22, 2026, Plaintiff filed a Proposed Order to Show Cause Without Emergency Relief why the Court should not enter a default judgment against Defendant Tyreke Rieco Rogers (Doc. 23, "Proposed OTSC"). The Court declines to sign the Proposed OTSC and denies Plaintiff's motion (Doc. 24) without prejudice to renewal for failure to comply with the Court's Individual Practices and the Local Civil Rules.

First, per the Court's Individual Practices Attachment A, all requests for default judgment shall be filed by proposed Order to Show Cause, and not by notice of motion. Plaintiff improperly filed the documents supporting its request for a default judgment as a motion. (*See* Doc. 24).

Second, under Local Rule 55.2(c), a party seeking a default judgment "must file a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request, showing the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs." Although Plaintiff filed various documents in support of the Proposed OTSC (Docs. 23-25), including a memorandum of law (Doc. 24), a declaration of Plaintiff's counsel (Doc. 24-1), a declaration from a party with personal knowledge of damages (Doc. 24-4), and a proposed default judgment (Doc. 25), these documents do not comply with the requirement to provide "a statement of damages, sworn or affirmed to by one or more people with

personal knowledge, in support of the request, showing the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs."

Finally, the Court's Individual Practices Attachment A lists which documents must be filed in support of a request for a default judgment and states that such documents shall be filed "as separate ECF Filing Events." Plaintiff improperly filed multiple such documents under the same ECF Filing Event. (*See* Doc. 24).

Accordingly, by April 7, 2026, Plaintiff shall refile its Proposed OTSC, along with all supporting documents, in compliance with the Local Civil Rules and the Court's Individual Practices.

Upon appropriate supplementation, the Court will take Plaintiff's request for the entry of default judgment by order to show cause under advisement.

The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 24.

**SO ORDERED.**

Dated:    White Plains, New York
          March 23, 2026

PHILIP M. HALPERN
United States District Judge

2