UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Mister Money Inc.,

                              *Plaintiff,*

          - against -                                        Civil Action No. 7:25-cv-10306-PMH

Tyreke Rieco Rogers p/k/a Lil Double 0, *et al.*

                              *Defendants*.

----------------------------------------------------------X

## DEFAULT JUDGMENT ON LIABILITY AND DECLARATORY RELIEF

This action having been commenced on December 12, 2025, by electronically filing the Complaint with this Court;

And Defendant Tyreke Rieco Rogers having waived service of the Summons pursuant to Federal Rule of Civil Procedure 4(d)(3) by signing a Waiver of the Service of Summons (Form AO 399) and returning this signed form to Plaintiff's counsel on January 21, 2026;

And Plaintiff having filed this signed Waiver of the Service of Summons with the Court on January 21, 2026;

And the Defendant Tyreke Rieco Rogers not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED:**

1.    Plaintiff's application for a Default Judgment is GRANTED on liability and for declaratory relief;

2.    Judgment is entered declaring that Plaintiff Mister Money, Inc. is the co-author of, and 50% copyright owner of, each of the following works attributed to Defendant Tyreke Rieco Rogers p/k/a Lil Double 0:  (1) *007*, (2) *G6*, (3) *G6 Pt. 2*, (4) *Oh Okay*, and (5) *Jazz*.

- 1 -

~~3.        Judgment is hereby entered in favor of Plaintiff Mister Money, Inc. and against~~

~~Defendant Tyreke Rieco Rogers p/k/a Lil Double 0 in the liquated amount of $840,375, with post~~

~~judgment interest at the rate of _____ % per annum pursuant to 28 U.S.C. § 1961.~~

An in-person status conference concerning an inquest on damages has been scheduled for June 9, 2026 at 12:30 p.m. in Courtroom 520 of the White Plains Courthouse, located at 300 Quarropas Street, White Plains, NY 10601.

**SO ORDERED**

Date: _____ May 18 _____, 2026

_____
The Honorable Philip M. Halpern
United States District Judge

~~This document was entered on the docket on _____, 2026.~~