UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MISTER MONEY INC., <br><br>        Plaintiff, <br><br>     -against- <br><br> TYREKE RIECO ROGERS, P/K/A LIL DOUBLE 0, et al., <br><br>        Defendants. | **ORDER** <br><br> 25-CV-10306 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On June 9, 2026, counsel for Plaintiff Mister Money Inc. appeared for a status conference concerning damages. The Court directed that plaintiff file via ECF, on or before June 23, 2026, an affidavit by a person with personal knowledge including: (1) updated numbers of streams for the five songs at issue; (2) the average per-play royalty rate across various streaming platforms during the relevant time period; (3) a more detailed explanation of expenses; and (4) a revised damages calculation. The Court also directed Plaintiff to submit documentary evidence in support of the foregoing, including updated streaming numbers from Luminate Music Connect and proof of the per-play royalty rate per stream for various streaming platforms, such as Spotify, Apple Music, and YouTube. Finally, the Court directed Plaintiff to serve Defendant Tyreke Rieco Rogers with Plaintiff's supplemental affidavits and exhibits by personal service, Federal Express, and e-mail on or before June 23, 2026, and file proof of such service via ECF. *See* Transcript.

**SO ORDERED.**

Dated:   June 9, 2026
     White Plains, New York

               HON. PHILIP M. HALPERN
               United States District Judge