UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Mister Money Inc.,

*Plaintiff*,

- against -

Civil Action No. 7:25-cv-10306-PMH

Tyreke Rieco Rogers p/k/a Lil Double 0 and Wilburn Holding Company, Inc. d/b/a Freebandz Entertainment.

*Defendants*.

---------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF ZACHARY HILLER**
**<u>IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>**

I, ZACHARY HILLER, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Chief Executive Officer of Plaintiff Mister Money Inc. ("Mister Money" or "Plaintiff"), a New York corporation with its principal place of business in Sloatsburg, New York. Consistent with the Court's June 9, 2026 Order, I submit this supplemental declaration in further support of Plaintiff's application for entry of a default judgment against Defendant Tyreke Rieco Rogers p/k/a Lil Double 0 ("Rogers"). I have personal knowledge of the facts set forth herein and, where indicated, knowledge based on my review of Plaintiff's business records and the other materials as set forth herein.

2. On May 18, 2026, this Court entered a default judgment declaring Plaintiff a co-author of, and 50% co-owner of the copyrights in the five musical works at issue: "007," "G6," "G6 Pt. 2," "Oh Okay," and "Jazz" (collectively, the "Works").

3. I have worked in the music industry in at least some capacity for nearly a decade, and I have focused my professional efforts almost exclusively on the music industry for the past



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

eight years. I founded and built Mister Money and its affiliated companies, and today Mister Money and its affiliates own and manage a catalog of approximately 500 musical works, including multiple recordings certified "Gold" or "Platinum" by the Recording Industry Association of America ("RIAA"). Through this work, I have become intimately familiar with the customs, practices, and prevailing economics of the music industry.

4. In my work for Mister Money, and other entities, I have personally negotiated dozens of streaming, distribution, and royalty agreements concerning hundreds of individual musical works. In the course of negotiating these agreements, and in evaluating innumerable contemplated agreements that were never consummated, I customarily review streaming data and per-stream royalty rates paid by Spotify, Apple Music, YouTube, and other streaming platforms to determine whether the economics of a proposed agreement will likely be profitable or not. Indeed, valuing catalogs and royalty streams is a core part of my business, and reviewing reliable data for the total number of streams, as well as the royalty rate paid by each platform is an essential part of that.

5. In determining the popularity and performance of a particular track or artist, as with other professionals in the music industry, I rely on data provided by Luminate Music Connect ("Luminate," and formerly Nielsen Music/MRC Data).

6. Luminate aggregates audio on-demand streaming activity that is reported directly by the streaming platforms themselves, and is therefore indispensable in assessing the total number of streams that a song has accumulated, as many streaming platforms do not independently publish data to the general public. As a consequence, Luminate, has become the music industry's "gold standard" for verified streaming data, and is the common refence point upon which artists, producers, executives, and other participants in the music industry rely. In my experience,



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

virtually every counterparty in my negotiations in the music industry relies on the same data from Luminate, not only because it reliably aggregates data from multiple sources into one place, but also precisely because virtually every participant in the music industry relies on Luminate, such that it forms a common source of data on which all parties to a negotiation can rely.

7. Reference to the sources that publicly confirm that they rely on data from Luminate underscores the degree to which Luminate is an extensively-used and trusted source within the music industry. For example, it is: (i) the source of the data used to determine the ubiquitous "Billboard" charts, and (ii) the source cited by Kalshi, a prediction market exchange regulated by the Commodity Futures Trading Commission, as a neutral source of market information used to verify outcomes. Annexed hereto as **Exhibit A** are illustrative examples of Kalshi market rules designating Luminate as an official source of information for settlement of the prediction; notably, in each case, Kalshi describes "Luminate Data, LLC" as "a neutral provider of market metrics."

## I. STREAMING NUMBERS FOR THE WORKS

8. As set forth in my initial declaration, the Works have achieved substantial commercial success.

9. I collected the streaming data set forth herein and attached as **Exhibit B** from Luminate. These documents include images reflecting the total number of streams accrued for each song from the commercial release of that song to the present.

10. The all-time total streams for each of the Works, as reported by Luminate Music Connect, are as follows:

| Song Title | Total Streams |
|---|---|
| *007* | 87,700,000 |
| *Jazz* | 56,500,000 |



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

| Song Title | Total Streams |
|---|---|
| *G6 Pt. 2* | 43,900,000 |
| *G6* | 24,300,000 |
| *Oh Okay* | 20,400,000 |
| **TOTAL** | **232,800,000** |

11. As demonstrated by the Luminate daily activity charts included in Exhibit B, each of the Works continues to generate streams on a daily basis as of the date of this declaration.

## II. AVERAGE PER-PLAY ROYALTY RATES DURING THE RELEVANT PERIOD

12. Based on the streaming data set forth above, Plaintiff is able to quantify with reasonable certainty its actual damages, as set forth below.

13. Streaming platforms do not pay one fixed rate for every stream. Rather, the amount paid per stream varies by platform, the country in which the listener is located, and the type of account associated with that stream, *e.g.*, whether the user that initiated the stream has a "paid" or "free" account.

14. However, the overall, average royalty rates per stream for major streaming platforms are well-documents in the industry, and artists, producers, and other participants in the music industry rely on these average rates when valuing catalogs and the potential revenue that songs, albums, or artists are expected to generate.

15. A reliable source for these average rate per-stream royalty rates over the past several years is the Duetti Music Economics Report, an industry study built on millions of data points. This report is available as a dynamic webpage, the relevant screenshots of which are included as **Exhibit C** along with a copy of the press release announcing the report; the report may also be viewed online at https://report.duetti.co/#1. Critically, the Duetti report represents what "master owners received," meaning that these figures ***already deduct costs***, which are paid directly



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

by the streaming platform to distributors. For additional context, Duetti itself reports that it works with more than a thousand artists "in over 40 countries," underscoring that it has a market perspective built on a substantial number of data points. *See*, *e.g.*, https://www.duetti.co/about-us. Similarly, given my personal experience in managing a catalog that contains hundreds of works, I can confirm that the average streaming royalty rates set forth below are consistent with the prevailing rates in the music industry over the past six years.

16. **Spotify.** Spotify pays approximately $0.003075 per stream. The Duetti Music Economics Report estimated Spotify's average at $3.00 per 1,000 streams for 2024, or $0.003 per stream. Spotify's average royalty rate has remained relatively constant from 2021 to 2024, declining slightly from $3.20 to $3.00 per $1,000 streams, or $0.0032 to $0.003 per stream, such that the average rate between 2021 and 2024 is $0.003075.

17. **Apple Music.** Apple Music states on its own Apple Music for Artists page, which Apple has published continuously since June 2021 and which remains live today (artists.apple.com/support/1124-apple-music-insights-royalty-rate), that "[o]ur average per play rate is $0.01," which is $10,000 per one million streams. A true and correct copy of the current Apple Music for Artists page is attached as **Exhibit D**. The Duetti Music Economics Report lists Apple's royalty rate as $6.60 per 1,000 streams in 2021; $6.30 per 1,000 streams in 2022; $6.40 per 1,000 streams in 2023; and $6.20 per 1,000 streams in 2024, for an average $0.006375 per stream during the relevant period. The apparent discrepancy between the data provided by Duetti and the rate that Apple quotes appears to be a consequence of the fact that the Apple music rate includes "includes label and publisher royalties" while the Duetti report focuses on what the "master owners received." *Compare* **Exhibit D** *with* **Exhibit C.** Here, to avoid the double-



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

deducting the expenses for the Apple streams, Plaintiff has relied on the average rate reported by Duetti of $0.006375 between 2021 and 2024.

18. **YouTube.** According to the Duetti Music Economics Report, YouTube paid an average of $4.80 per 1,000 streams in 2021; $4.40 per 1,000 streams in 2022; $4.30 per 1,000 streams in 2023, and $4.80 per 1,000 streams in 2024, for an average of $0.004575 per stream between 2021 and 2024.

19. **Historical rates during the relevant period (2021–2025).** Aggregate, industry-wide stream royalty rates over the relevant period are likewise well documented. According to the Duetti Music Economics Reports, which, as stated above, are annual industry studies based on millions of royalty data points across Spotify, YouTube, Amazon Music, Tidal, Deezer, SoundCloud, and Pandora, the blended industry-wide payout to master rights holders was $4.04 per 1,000 streams in 2021, $3.69 in 2022, $3.46 in 2023, and $3.41 in 2024, which led Duetti to conclude that earnings per stream had stabilized in the vicinity of $0.00341 per stream across the industry. This is substantiated by the per-service breakdown for each year from 2021 to 2024, which shows less than a 10% variation in average royalty rates per year per service, implying that these rates have stabilized.

20. However, as noted above, there can be meaningful variation in the royalties paid by different streaming platforms, such that the composition of the audience for a particular song is also important in determining its revenue.

21. **Platform mix of the Works.** The Works are hip-hop recordings. Within the United States, hip-hop streaming consumption is disproportionately concentrated on Apple Music. As reported by Music Business Worldwide based on Apple Music's internal statistics provided to its label partners, Apple Music claimed that more than half, and in several cases more than two-



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

thirds, of total first-week U.S. on-demand audio streams for major hip-hop releases (*e.g.*, 61.5% to 73.6% for releases by hip-hop artists such as Drake, YoungBoy Never Broke Again, DaBaby, Tory Lanez, Rod Wave, and Lil Baby), and held an approximately 45% total market share of U.S. hip-hop on-demand audio streams, which constitutes more than 50% of paid streams, given that Apple Music has no free tier. Music industry articles confirming that Apple Music comprises approximately half of the streams for hip-hip music are included in **Exhibit E**. This is consistent with my own experience administering a catalog of approximately 500 predominantly hip-hop works, for which Apple Music routinely represents the largest single source of U.S. streaming royalties.

22. **Blended per-stream rate.** As set forth above, the Works are streamed primarily on Apple Music, the highest-paying of the three major platforms, such that a flat industry-wide average would understate what the Works actually earn. I have therefore calculated a blended per-stream rate weighted to reflect the real platform mix for U.S. hip-hop, using the three major streaming platforms above and accounting for the heavier mix of Apple music listeners for hip-hop songs, such as the Works and split the streams for Spotify and YouTube evenly:

| Platform | Weighting | Rate / Stream | Weighted Contribution |
|---|---|---|---|
| Apple Music | 50% | $0.006375 | $0.0031875 |
| Spotify | 25% | $0.003075 | $0.00076875 |
| YouTube | 25% | $0.004575 | $0.00114375 |
| **Blended rate** | **100%** | — | **$0.0051 / stream** |

23. **Duetti's methodology and distribution fees.** The Duetti figures used for the Spotify, YouTube, and platforms are derived from total payouts divided by total streams, that is, what the artists actually receive, after expenses have been deducted.

24. Accordingly, for purposes of the revised damages calculation, I have applied a blended rate of $0.0051 per stream. That rate is conservative, but reasonable, in at least three respects: (i) it weights Apple Music at only 50%, the low end of its documented share of U.S. hip-hop streams, notwithstanding reported first-week shares as high as 73.6%; (ii) it applies lower-bound documented rates to the Spotify, YouTube, and other platforms; and (iii) it is consistent with the per-stream rates reflected in Plaintiff's own royalty statements during the relevant period.

## III. EXPENSES

25. The only consequential expense associated with the Works is a distribution fee of approximately 20% of gross streaming royalties. Digital distribution is a necessary cost of generating streaming royalties: a distributor delivers the recordings to the platforms, manages metadata and content delivery, collects royalties from each platform, and accounts to the rights holder. Other than the *de minimis* initial costs of creating these Works, distribution is the only cost incurred in generating revenue from the Works.

26. However, as set forth above, the data from the Duetti Music Economics Report already reflects actual payouts, such that there is no need to discount further, because distribution fees are paid to distributors directly by the streaming platforms, rather than by the artists themselves.

27. Accordingly, deducting expenses from the figures would double-count the expenses and artificially reduce the damages that Plaintiff has suffered.

## IV. DAMAGES CALCULATION

28. Based on the updated Luminate streaming data included above, the documented blended per-stream rate of $0.0051, Plaintiff's damages are calculated for each Work based on the



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

following formula: total streams × $0.0051 per stream = net royalties; net royalties × 50% (Plaintiff's adjudicated ownership share) = Plaintiff's damages.

29. Applying that methodology, the Plaintiff's damages are set forth in the following table:

| Work | Total Streams | Streams × $0.0051 | Plaintiff's 50% Share |
|---|---|---|---|
| "007" | 87,700,000 | $447,270 | $223,635 |
| "G6" | 24,300,000 | $123,930 | $61,965 |
| "G6 Pt. 2" | 43,900,000 | $223,890 | $111,945 |
| "Oh Okay" | 20,400,000 | $104,040 | $52,020 |
| "Jazz" | 56,500,000 | $288,150 | $144,075 |
| **TOTAL** | **232,800,000** | **$1,187,280** | **$593,640** |

30. Accordingly, Plaintiff's total damages are $593,640 (232,800,000 streams × $0.0051 ÷ 2), exclusive of pre-judgment interest, costs, and any further relief the Court deems just and proper.

31. To date, Defendant Rogers has not remitted any proceeds from the Works to Macklin or to Plaintiff, such that there is no deduction from these calculated damages in respect of any purported payment.

32. Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 14, 2026
New York, New York

Zachary Hiller



Doc ID: c625ad58c33d59768aecf60130cacdcf65fbc047

# Exhibit A

Kalshi MARKETS PERPS LIVE 49 SOCIAL TRUST RESEARCH Trade on anything Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science

ENTERTAINMENT · MUSIC STREAMS

# Graduation streams up this week?

JUN 12 - JUN 18

**6.8M** / 49.9M (last week)

Counting · Fri Jun 12 – Fri Jun 12, 2026 (1 of 7 days)




Monthly Weekly Daily 1M 3M 6M 1Y

| | Chance | | |
|---|---|---|---|
| Target Streams: 49,924,446 | --% | Yes 99¢ | No |

BUY SELL DOLLARS

Graduation streams up this week?

**Target Streams: 49,924,446**

YES 99¢ NO -- 3.25% Interest

Dollars $0

Odds 99% chance

Max payout Jun 20, 2026 **$0**

Sign up to trade

## Market Rules

Target Streams: 49,924,446

If Graduation has above 49,924,446 Worldwide Streams during the June 12 - June 18, tracking week, then the market resolves to Yes. Outcome verified from **Luminate**.

Data for these Contracts will be based on the June 12 - June 18 tracking week. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

Kalshi MARKETS PERPS LIVE 48 SOCIAL TRUST RESEARCH

Trade on anything

Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science

ENTERTAINMENT · MUSIC STREAMS

# Watch The Throne streams up this week?

JUN 12 - JUN 18

**2.1M** / 14.6M (last week)

Counting · Fri Jun 12 – Fri Jun 12, 2026 (1 of 7 days)




Monthly **Weekly** Daily 1M **3M** 6M 1Y

| | Chance | | |
|---|---|---|---|
| Target Streams: 14,595,861 | --% | Yes 99¢ | No |

BUY SELL DOLLARS

Watch The Throne streams up this week?

**Target Streams: 14,595,861**

YES 99¢ NO -- 3.25% Interest

Dollars $0

Odds 99% chance

Max payout Jun 20, 2026 $0

Sign up to trade

## Market Rules

Target Streams: 14,595,861

If Watch The Throne has above 14,595,861 Worldwide Streams during the June 12 - June 18, tracking week, then the market resolves to Yes. Outcome verified from **Luminate**.

Data for these Contracts will be based on the June 12 - June 18 tracking week. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

Kalshi MARKETS PERPS LIVE 48 SOCIAL TRUST RESEARCH Trade on anything Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science



ENTERTAINMENT · MUSIC STREAMS

# Drake Streams this year

**13,448,378,786** streams (163 of 365 days)

**1,363,575,929 streams** Counting · Jun 1 – 12, 2026 (12 of 30 days)




$174,567 vol **Monthly** Weekly Daily 1M 3M 6M **1Y**

| | Chance | | |
|---|---|---|---|
| Above 26.0B | 86% ▼ 3 | Yes 91¢ | No 14¢ |
| Above 27.0B | 73% ▼ 2 | Yes 81¢ | No 27¢ |
| Above 28.0B | 78% ▲ 6 | Yes 79¢ | No 26¢ |

More markets

BUY SELL DOLLARS

Drake Streams this year

**Above 28.0B**

YES 79¢ NO 26¢ 3.25% Interest

Dollars $0

Odds 79% chance

Max payout $0
Jan 2, 2027

Sign up to trade

## Market Rules

Above 28.0B

If Drake has Above 28.0B Worldwide Streams during the January 01 - December 31, 2026 period, then the market resolves to Yes. Outcome verified from **Luminate**.

Data for these Contracts will be based on the January 01 - December 31, 2026 period. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

Kalshi MARKETS PERPS LIVE 48 SOCIAL TRUST RESEARCH Trade on anything Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science

ENTERTAINMENT · MUSIC STREAMS

# Beyoncé Streams this year

**2,830,976,230** streams (163 of 365 days)

**207,263,013 streams** Counting · Jun 1 – 12, 2026 (12 of 30 days)




$129,956 vol **Monthly** Weekly Daily 1M 3M 6M **1Y**

| | Chance | | |
|---|---|---|---|
| Above 6.75B | 69% ▲ 8 | Yes 69¢ | No 40¢ |
| Above 7.0B | 51% ▼ 2 | Yes 60¢ | No 49¢ |
| Above 7.25B | 47% ▲ 7 | Yes 47¢ | No 62¢ |

More markets

## Market Rules

Above 7.0B

If Beyoncé has Above 7.0B Worldwide Streams during the January 01 - December 31, 2026 period, then the market resolves to Yes. Outcome verified from **Luminate**.

Data for these Contracts will be based on the January 01 - December 31, 2026 period. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

BUY SELL DOLLARS

Beyoncé Streams this year

Above 7.0B

YES 60¢ NO 49¢ 3.25% Interest

Dollars $0

Odds 60% chance

Max payout Jan 2, 2027 $0

Sign up to trade

Kalshi MARKETS PERPS LIVE 48 SOCIAL TRUST RESEARCH Trade on anything Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science

ENTERTAINMENT · MUSIC STREAMS

# The Beatles Streams this year

**2,672,706,415** streams (163 of 365 days)

**194,074,960 streams** Counting · Jun 1 – 12, 2026 (12 of 30 days)




$71,657 vol **Monthly** Weekly Daily 1M 3M 6M **1Y**

| | Chance | | |
|---|---|---|---|
| Above 4.9B | 97% | Yes 97¢ | No 5¢ |
| Above 5B | 98% ▲ 5 | Yes 97¢ | No 5¢ |
| Above 5.1B | 93% | Yes 98¢ | No 7¢ |

More markets

## Market Rules

Above 5B

If The Beatles has Above 5B Worldwide Streams during the January 01 - December 31, 2026 period, then the market resolves to Yes. Outcome verified from **Luminate.**

Data for these Contracts will be based on the January 01 - December 31, 2026 period. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

BUY SELL DOLLARS

The Beatles Streams this year

**Above 5B**

YES 97¢ NO 5¢ 3.25% Interest

Dollars $0

Odds 97% chance

Max payout $0
Jan 2, 2027

Sign up to trade

Kalshi MARKETS PERPS LIVE 48 SOCIAL TRUST RESEARCH Trade on anything Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science

ENTERTAINMENT · MUSIC STREAMS

# After Hours streams up this week?

JUN 12 - JUN 18

**7.5M** / 65.6M (last week)

Counting · Fri Jun 12 – Fri Jun 12, 2026 (1 of 7 days)




Monthly **Weekly** Daily 1M **3M** 6M 1Y

| | Chance | | |
|---|---|---|---|
| Target Streams: 65,636,475 | --% | Yes 99¢ | No |

BUY SELL DOLLARS

After Hours streams up this week?

**Target Streams: 65,636,475**

YES 99¢ NO -- 3.25% Interest

Dollars $0

Odds 99% chance

Max payout Jun 20, 2026 **$0**

Sign up to trade

## Market Rules

Target Streams: 65,636,475

If After Hours has above 65,636,475 Worldwide Streams during the June 12 - June 18, tracking week, then the market resolves to Yes. Outcome verified from **Luminate**.

Data for these Contracts will be based on the June 12 - June 18 tracking week. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

Kalshi MARKETS PERPS LIVE 48 SOCIAL TRUST RESEARCH Trade on anything Log in Sign up

Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Finance Tech & Science



ENTERTAINMENT · MUSIC STREAMS

# The Fall-Off streams up this week?

JUN 12 - JUN 18

**2.3M** / 17.4M (last week)

Counting · Fri Jun 12 – Fri Jun 12, 2026 (1 of 7 days)




Monthly Weekly Daily 1M 3M 6M 1Y

| | Chance | | |
|---|---|---|---|
| Target Streams: 17,436,113 | --% | Yes 99¢ | No |

BUY SELL DOLLARS

The Fall-Off streams up this week?

**Target Streams: 17,436,113**

YES 99¢ NO -- 3.25% Interest

Dollars $0

Odds 99% chance

Max payout Jun 20, 2026 **$0**

Sign up to trade

## Market Rules

Target Streams: 17,436,113

If The Fall-Off has above 17,436,113 Worldwide Streams during the June 12 - June 18, tracking week, then the market resolves to Yes. Outcome verified from **Luminate**.

Data for these Contracts will be based on the June 12 - June 18 tracking week. Such data may be published up to approximately 48 hours after the end of the period.

Luminate Data, LLC is a neutral provider of market metrics which does not endorse, verify or participate in any way in the outcomes of any prediction market.

# Exhibit B

Streams | Commercial Model



Song

# 007

Double 007

**Release Date**
Nov 25, 2020

**Duration**
2 min 58.442 sec

**Languages**
-

**Imprint**
M-Squad Ent.

**Main Genre**
R&B/Hip-Hop

**Included In**
223
223

MORE DETAILS >

## Stream Equivalent

**204K**

Stream Equivalent ATD **72.9M**

## Streams

**239.5K**

Streams ATD **87.7M**

Ad-Supported 18% | Premium 82%

43,828 | 195,668

## Song Sales

No Song Sales reported
in the current week

# Activity Over Time

Streams in the current week

Time View
Daily



Streams | Commercial Model



Song

# Jazz

Lil Double 0

**Release Date**
Nov 04, 2022

**Duration**
2 min 32.785 sec

**Languages**
-

**Imprint**
Freebandz Ent. / Open Shift Distribution

**Main Genre**
R&B/Hip-Hop

**Included In**
Walk Down World

MORE DETAILS >

## Stream Equivalent

**164.4K**

Stream Equivalent ATD **47.6M**

## Streams

**186.1K**

Streams ATD **56.5M**

**Ad-Supported** 15% | **Premium** 85%

27,591 | 158,459

## Song Sales

**No Song Sales reported**
in the current week

## Activity Over Time

Streams in the current week

**Time View**
Daily



Streams | Commercial Model




Song

## G6

Lil Double 0

**Release Date**
Mar 29, 2021

**Duration**
2 min 56.484 sec

**Languages**
-

**Imprint**
M Squad Ent

**Main Genre**
R&B/Hip-Hop

**Included In**
G6 - Single
Walk Down Gang

MORE DETAILS

### Stream Equivalent

**46.5K**

Stream Equivalent ATD **18.2M**

### Streams

**53.5K**

Streams ATD **24.3M**

**Ad-Supported** 17% | **Premium** 83%

8,928 | 44,586

### Song Sales

**No Song Sales reported**
**in the current week**

## Activity Over Time

Streams in the current week

**Time View**
Daily



Streams | Commercial Model




Song

## G6 Pt 2

Lil Double 0

**Release Date**
Sep 04, 2021

**Duration**
2 min 18.281 sec

**Languages**
-

**Imprint**
Freebandz Ent. / Open Shift Distribution.

**Main Genre**
R&B/Hip-Hop

**Included In**
Walk Down Gang
G6 Pt 2

MORE DETAILS >

**Stream Equivalent**

94.7K

Stream Equivalent ATD 37.6M

**Streams**

105K

Streams ATD 43.9M

Ad-Supported 13% Premium 87%

13,278 91,766

**Song Sales**

1

Song Sales ATD 251

## Activity Over Time

Streams in the current week

Time View
Daily






Song

# OOH OKAY

Lil Double 0

**Release Date**
May 21, 2021

**Duration**
3 min 26.500 sec

**Languages**
-

**Imprint**
Freebandz Ent. / Open Shift Distribution.

**Main Genre**
R&B/Hip-Hop

**Included In**
Walk Down Gang

MORE DETAILS >

**Stream Equivalent**

26.1K

Stream Equivalent ATD 15.8M

**Streams**

33.2K

Streams ATD 20.4M

Ad-Supported 26% Premium 74%

8,615 24,630

**Song Sales**

No Song Sales reported

in the current week

## Activity Over Time

Streams in the current week

Time View
Daily



# Exhibit C

duetti

## earnings per stream are finally stabilizing

In 2024, 1,000 streams generated on average $3.41 - a decrease of less than 2% vs 2023.

After years of decline, earnings per stream seem to be stabilizing across the industry.

This is primarily driven by consumer price increases which are translating into higher royalty payouts, as well as the growing "wallet share" of YouTube (largely at the expense of Spotify).

Note: We restated historical figures versus our 2023 report due to a significantly larger data set, allowing for an analysis across more digital service providers (DSPs), geographies, and artists.



duetti

# Spotify's payouts are holding down industry rates

## US Dollars Earned for 1,000 Streams

| DSP | 2021 | 2022 | 2023 | 2024 | Rationale |
|---|---|---|---|---|---|
| a | 9.1 | 8.9 | 8.9 | 8.8 | Amazon Music continues to pay the highest rates as services are bundled within Prime memberships. |
| | 6.6 | 6.3 | 6.4 | 6.2 | Apple's payouts remain strong due to their foothold in higher-price markets, and the lack of ad-supported tiers. |
| | 4.8 | 4.4 | 4.3 | 4.8 | YouTube's payout increases are driven by increases in subscription programs (versus ad revenues).* |
| | 3.2 | 3.1 | 3.0 | 3.0 | Spotify continues to have low payout rates caused by high usage, geographical mix, reliance on discounted / free plans, and their Discovery Mode program. |

*YouTube rates vary significantly across artists depending on underlying revenue source; the selected rate represents an average across independent artists in our study.

Note: All figures represent global payout rates. We restated historical figures versus our 2023 report due to a significantly greater data set (particularly for additional revenue streams for YouTube).

# Duetti's 2024 Music Economics Report Finds Industry-Wide Per Stream Rates for Independent Artists Are Finally Stabilizing Following Years of Decline

USA - English

NEWS PROVIDED BY
**Duetti →**
Jan 23, 2025, 09:00 ET

*Report uncovers Spotify Discovery Mode drags down overall payouts, niche genre earnings outpace mainstream, TikTok virality usually does not drive an uptick of royalties, and more*

NEW YORK, Jan. 23, 2025 /PRNewswire/ -- Duetti, a music platform democratizing catalog monetization for independent artists, has released its second annual Music Economics Report. The report utilizes proprietary data and analytics, based on millions of data points and sophisticated quantitative analysis of industry trends. The report finds that following years of large annual declines, industry-wide earnings per stream for independent artists are starting to stabilize. In 2024, artists and other master owners received $3.41 per 1,000 streams - only a slight decline (of less than 2%) versus the prior year. Since 2021, per stream rates declined by an average of 7% annually.

Continue Reading




Image courtesy of Duetti.




Image courtesy of Duetti.




Image courtesy of Duetti.




Image courtesy of Duetti.

The specific economic dynamics differ across the popular streaming services:

- **Spotify** continues to have amongst the lowest payout rates ($3.0/1,000 streams) due to their reliance on ad-supported plans, their Discovery Mode program, larger market share, and geographical mix.
- **YouTube** offered the highest YoY increase (up $0.5 to $4.8/1,000 streams in 2024), driven by increases in subscription programs versus ad revenues, although per stream rates vary widely across artists due to revenue mix.
- **Apple Music** payouts remain strong ($6.2/1,000 streams) due to their foothold in higher-price markets and the lack of ad-supported tiers.
- **Amazon Music** has continued to pay the highest rate to artists ($8.8/1,000 streams) among the larger platforms, as their services are bundled within Prime memberships.

Furthering Duetti's core mission to expand financial opportunities for the independent music community, the report offers important insights to help contextualize finances based on key data-backed takeaways including:

**Although Spotify remains the most important revenue driver, the landscape is rapidly changing due to YouTube challenging their momentum**

- From 2023 to 2024, YouTube's "wallet share," or percentage of an artists' streaming income, increased 3%, while Spotify's decreased 2%. This is exacerbated in certain genres; in Electronic/ Dance, YouTube's "wallet share" increased by 17% - while Spotify's decreased the same amount.
- Spotify's Discovery Mode program is a key factor in lowering overall per stream payout rates: Artists who opt into it benefit from more algorithmic exposure - but have to accept a 30% reduction on payouts from the incremental streams.

**More often than not, going viral on TikTok does not necessarily equate to artists achieving sustainable streaming growth, and TikTok video payout lags far behind streaming platforms**

- Only 15% of artists who "go viral" on TikTok see an increase in average Spotify streams of greater than 30% four months after the pre-viral baseline.
  - Viral tracks are defined as doubling TikTok video creations using that track within one month, with a minimum of 250K TikTok video creations
- Per 1,000 TikTok video creations, artists only earn $0.5 - far below the earnings across major DSPs.

**Audience listening habits drive niche genres to generate more earnings per stream than mainstream genres**

- Niche genres, such as Goth Punk, Phonk or Hyperpop, earn $0.3 (or 8%) more per 1,000 streams on average compared to mainstream genres like Pop or Hip-hop
- Increased payout rates are due to more favorable free vs. paid user mix and less usage of Spotify's Discovery Mode by artists in these categories.

"Although per stream rates are showing signs of stabilizing, we've dug deeper to uncover the nuances indie artists need to be aware of when trying to understand their income mix and trends," says Lior Tibon, CEO and co-founder of Duetti. "Our mission is to ensure our partners, and the wider independent artist community, have a clear view of the shifts in the industry landscape that can have an impact on them, whether that's the growing importance of YouTube or the impact of Spotify's Discovery Mode."

Since starting operations in 2022, Duetti has become an essential ally in helping independent artists expand their financial opportunities. With an expanded footprint and over $235M of dollars raised, Duetti has worked with hundreds of artists across genres, fueling creativity and financial independence.

"Duetti not only helps me fully understand the financial worth of my catalog, their data driven approach gives me valuable insights as well," said Duetti artist Brentrambo. "Their research-driven support has unlocked opportunities - like access to their playlist network has given me a new outlook on the future of my digital presence and marketing."

Duetti's Second Annual Music Economics Report for Independent Artists is available to download at duetti.co/report

**About Duetti**
Duetti was founded by Lior Tibon, former COO of TIDAL, and Christopher Nolte, former Business Development executive at Apple Music, with the mission of getting a wide range of artists quick and easy access to catalog sales and unlocking new investment opportunities. Leveraging their experience in streaming and support from innovative music and technology investors including Flexpoint Ford, Nyca Partners, Viola Ventures, and Roc Nation, Duetti's music platform has provided over 500 artists up to $3 million per transaction. The proprietary model provides data-driven prices for established tracks, allowing artists to sell individual tracks or even parts thereof, while Duetti then markets those tracks going forward using proprietary ROI-focused techniques.

Photo - **https://mma.prnewswire.com/media/2604344/Duetti_earning_per_stream.jpg**
Photo - **https://mma.prnewswire.com/media/2604345/Duetti_YouTube_challeging_Spotify.jpg**
Photo - **https://mma.prnewswire.com/media/2604346/Duetti_TikTok_viral_songs.jpg**
Photo - **https://mma.prnewswire.com/media/2604347/Duetti_niche_genres.jpg**
Logo - **https://mma.prnewswire.com/media/2068532/Duetti_Logo_Logo.jpg**

21%

more press release views with Amplify™

Request a Demo

# Exhibit D

News
June 02, 2021

# Apple Music Insights: Royalties

We believe in the value of music and paying creators fairly for their work. Since we launched the iTunes Store in 2003, we have helped millions of artists and songwriters make a living from music. As the discussion about streaming royalties continues, we believe it is important to share our values. We believe in paying every creator the same rate, that a play has a value, and that creators should never have to pay for featuring.

## We pay the same 52% headline rate to all labels

While other services pay some independent labels a substantially lower rate than they pay major labels, we pay the same headline rate to all labels. This means artists can distribute music however they like, knowing Apple Music will pay the same rate. Sign with a label or stay independent; we believe in the value of all music.

## We pay the same headline rate for all compositions

Without songwriters, there wouldn't be recordings. That is why we have paid every publisher and licensor the same headline rate within each country or region. It's also why we have invested millions to optimize publishing operations to ensure songwriters are paid as quickly as possible.

## Our average per play rate is $0.01

While royalties from streaming services are calculated on a stream share basis, a play still has a value. This value varies by subscription plan and country or region

## We do not pay a lower royalty rate in exchange for featuring

Apple Music's team of global tastemakers hand-curate 30,000 editorial playlists. These tastemakers select music based on merit and we do not ask anyone to accept a lower royalty rate in exchange for featuring. The same is true for Apple Music's personalized playlists and algorithmic recommendations.

As a result of our commitment to these values, Apple Music paid out royalties for more than 5 million recording artists around the world in 2020, over 1 million more than in 2019. The number of recording artists whose catalogs generated recording and publishing royalties over $1 million per year increased over 120% since 2017, while the number of recording artists whose catalogs generated over $50,000 per year has more than doubled.

Like others, we have looked at alternative royalty models. Our analysis has shown that they would result in a limited redistribution of royalties with a varied impact to artists. Per play rates would cease to be the same for every play of a song. But more importantly, the changes would not increase what all creators earn from streaming. Instead, these changes would shift royalties towards a small number of labels while providing less transparency to creators everywhere.

At Apple Music, our focus remains on artists and songwriters and finding new and innovative ways for all creators to make a living from music. With Apple Music, music fans around the world enjoy an uninterrupted ad-free experience while knowing their data is kept private and used only to enhance the overall music experience for them.



Copyright © 2026 Apple Inc. All rights reserved.

# Exhibit E

# APPLE MUSIC IS DOMINATING STREAMS FOR US HIP-HOP RELEASES (EVEN MORE THAN YOU MIGHT THINK)

362
SHARES

(HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/NORTH-AMERICA/USA/) MAY 28, 2020

BY TIM INGHAM (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/AUTHOR/TIM/)



**Apple Music (https://www.musicbusinessworldwide.com/companies/apple/apple-music/) has claimed more than half – in some cases, more than two thirds – of US streams for a run of blockbuster hip-hop releases in the United States over the past two months.**

That's according to internal stats that Apple Music provides to its label partners, obtained by MBW, which reveal the platform's first-week play-counts for recent chart-topping albums in the US.

ADVERTISEMENT

We've checked Apple (https://www.musicbusinessworldwide.com/companies/apple/)'s stream-count for these records against the total first week US on-demand audio stream volume for each album counted by trusted market monitor Alpha Data (https://www.musicbusinessworldwide.com/companies/alpha-data/), as published by *Rolling Stone*.

This has enabled us to determine Apple Music's approximate market share versus its rivals (Amazon Music (https://www.musicbusinessworldwide.com/companies/amazon/amazon-music/), YouTube Music (https://www.musicbusinessworldwide.com/companies/youtube/youtube-music/), Spotify (https://www.musicbusinessworldwide.com/companies/spotify/) etc.) in each case.

Here's six recent releases that show the trend very clearly:

1. **Dark Lane Demo Tapes by Drake**. Release May 1st, US No.2. Total on-demand audio streams in week one according to Alpha Data (https://www.rollingstone.com/charts/albums/2020-05-01/): **226m.** Apple Music share: **61.5%.**
2. **38 Baby 2 by YoungBoy Never Broke Again**. Released April 24, US No.1. Total on-demand audio streams in week one according to Alpha Data (https://www.rollingstone.com/charts/albums/2020-04-24/): **71.8m.** Apple Music share: **71.2%**
3. **BLAME IT ON BABY by DaBaby**. Released April 17, US No.1. Total on-demand audio streams in week one according to Alpha Data (https://www.rollingstone.com/charts/albums/2020-04-17/): **129.1m.** Apple Music share: **59.3%**
4. **The New Toronto 3 by Tory Lanez**. Released April 10, US No.1. Total on-demand audio streams in week one according to Alpha Data (https://www.rollingstone.com/charts/albums/2020-04-10/): **61.8m**. Apple Music share: **67.4%**
5. **Pray 4 Love by Rod Wave**. Released April 3, US No.2. Total on-demand audio streams in week one according to Alpha Data (https://www.rollingstone.com/charts/albums/2020-04-03/): **81.3m.** Apple Music share: **73.6%**
6. **My Turn by Lil Baby**. Released February 28, US No.1. Total on-demand audio streams in week one according to Alpha Data (https://www.rollingstone.com/charts/albums/2020-02-28/): **223.2m**. Apple Music share: **68.6%**

According to those internal Apple stats, Apple Music's share has seen it claim a total market share of frontline hip-hop on-demand audio streams in the United States of **45%** dating back to 2019.

Obviously, all of those streams were on a 'premium' service, with Apple Music – unlike rival Spotify – having no free tier. For this reason, it appears highly likely that Apple claimed more than **50%** of frontline hip-hop streams on paid accounts in the period.

Indeed, sources close to Apple suggest the company believes it held a **50%+** weekly US market share of premium hip-hop streams for new releases in 94 out of the last 96 weeks, including an unbroken stream of 82.

---

MBW caught up with Apple Music's Global Editorial Head of Hip-Hop and R&B (https://www.musicbusinessworldwide.com/ebro-darden-named-apple-musics-global-head-of-editorial-for-hip-hop-and-rb/), Ebro Darden, to ask his view on how a paid-for service like Apple Music could command such a large market-share of US hip-hop streams.

Although he wouldn't comment on the numbers we obtained, Darden said: "The cultural part of the question has to do with the efforts of many people over several years in creating partnerships with artists that matter, and creating deeper relationships – whether that's with Drake, Nicki Minaj, Travis Scott (https://www.musicbusinessworldwide.com/artists/travis-scott/), Frank Ocean or anyone else."

> **"INSIDE APPLE MUSIC AND IN BEATS 1 WE'VE TRIED OUR BEST TO ALIGN WITH THE ARTIST'S CREATIVE AGENDA, WHERE IT'S ABOUT THEM FIRST."**
>
> **EBRO DARDEN, APPLE MUSIC (PICTURED)**

He also credited Apple Music's human-fronted 'radio' station, Beats 1, with helping create a "deeper affinity" with music fans, allowing, he said, Apple to "share music, contextualize music and explain why it's important".

Added Darden: "I've worked in many aspects of media and a lot of times an artist, or any content creator, walks into a media outlet and the media outlet has their agenda, and the artist or content creator's message is secondary to that agenda. Inside Apple Music and in Beats 1 we've tried our best to align with the artist's creative agenda, where it's about them first."

Apple Music announced last month that it was expanding into 52 new markets (https://www.musicbusinessworldwide.com/apple-music-expands-to-52-52-new-markets-upping-

presence-in-africa-and-beyond/), including a range of territories in Africa such as Algeria, Cameroon, Côte d'Ivoire, Democratic Republic of the Congo, Gabon, Libya, Morocco, Rwanda and Zambia.

**NEWS (/CATEGORY/NEWS/)** **UNITED STATES (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/NORTH-AMERICA/USA//)**

**APPLE MUSIC (/TAG/APPLE-MUSIC/)** **EBRO DARDEN (/TAG/EBRO-DARDEN/)**

## RELATED POSTS



(https://www.musicbusinessworldwide.com/apple-music-to-expand-lyrics-translation-upgrade-automix-and-lossless-audio-this-fall/)




(https://www.musicbusinessworldwide.com/apple-music-code-spotted-in-android-app-beta-hints-at-new-subscription-tiers-with-spotify-style-skip-limits-report/)

**STYLE SKIP LIMITS (REPORT) (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/APPLE-MUSIC-CODE-SPOTTED-IN-ANDROID-APP-BETA-HINTS-AT-NEW-SUBSCRIPTION-TIERS-WITH-SPOTIFY-STYLE-SKIP-LIMITS-REPORT/)**



(https://www.musicbusinessworldwide.com/spotify-and-major-music-dsps-on-alert-as-canada-triples-streaming-tax-to-15/)



(https://www.musicbusinessworldwide.com/apple-music-now-surfaces-concert-listings-and-ticket-links-via-bandsintown-and-ticketmaster-deals/)

TICKETMASTER-DEALS/)

0 Comments

1 Login ▾

G

Start the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Share

Best Newest Oldest

Be the first to comment.

Subscribe Privacy Do Not Sell My Data

## LATEST MUSIC INDUSTRY JOBS

(/jobs)

(https://www.musicbusinessworldwide.com/jobs/job/8255/)

**Senior Composer Agent for Film, TV, Games and Commercials (https://www.musicbusinessworldwide.com/jobs/job/8255/)**

**London (/jobs/location/london/) / COOL Music (/jobs/company/cool-music/)**

(https://www.musicbusinessworldwide.com/jobs/job/8253/)

**Director, Streaming – Rock/Alternative & Country (https://www.musicbusinessworldwide.com/jobs/job/8253/)**

**Los Angeles (/jobs/location/los-angeles/), United States (/jobs/location/united-states/) / Warner Music Group (/jobs/company/warner-music-group/)**

(https://www.musicbusinessworldwide.com/jobs/job/8252/)

**Director A&R – AWAL (https://www.musicbusinessworldwide.com/jobs/job/8252/)**

Los Angeles (/jobs/location/los-angeles/), United States (/jobs/location/united-states/) / Sony Music Entertainment (/jobs/company/sony-music-entertainment/)

(https://www.musicbusinessworldwide.com/jobs/job/8249/)

**Junior PR & Radio Coordinator (https://www.musicbusinessworldwide.com/jobs/job/8249/)**

London (/jobs/location/london/), Hybrid (/jobs/location/hybrid/) / Motion Agency (/jobs/company/motion-agency/)

(https://www.musicbusinessworldwide.com/jobs/job/8243/)

**Senior Manager, E-Commerce Label & Artist Services (https://www.musicbusinessworldwide.com/jobs/job/8243/)**

London (/jobs/location/london/), United Kingdom (/jobs/location/united-kingdom/) / Warner Music Group (/jobs/company/warner-music-group/)

(https://www.musicbusinessworldwide.com/jobs/job/8217/)

**Product Manager – 4AD (https://www.musicbusinessworldwide.com/jobs/job/8217/)**

London (/jobs/location/london/) / Beggars Group (/jobs/company/beggars-group/)

(https://www.musicbusinessworldwide.com/jobs/job/8161/)

**Director, Global Digital-Business Development & Emerging Platforms (https://www.musicbusinessworldwide.com/jobs/job/8161/)**

New York (/jobs/location/new-york/), United States (/jobs/location/united-states/) / Sony Music Publishing (/jobs/company/sony-music-publishing/)

**Marketing Assistant (https://www.musicbusinessworldwide.com/jobs/job/8245/)**

London (/jobs/location/london/) / AWAL (/jobs/company/awal/)

**Senior PR Manager (https://www.musicbusinessworldwide.com/jobs/job/8241/)**

Bristol (/jobs/location/bristol/) / Infectious PR (/jobs/company/infectious-pr/)

**Youtube Channel Strategy Manager 6 Month FTC (https://www.musicbusinessworldwide.com/jobs/job/8240/)**

London (/jobs/location/london/) / The Orchard (/jobs/company/the-orchard/)

**Digital Marketing Manager (https://www.musicbusinessworldwide.com/jobs/job/8236/)**
**London (/jobs/location/london/)** / **Some-Action (/jobs/company/some-action/)**

**Accountant – Business Services Department (https://www.musicbusinessworldwide.com/jobs/job/8223/)**
**London (/jobs/location/london/)** / **CC Young & Co (/jobs/company/cc-young-co/)**

**Stay on top of the real stories shaping the music industry**: Join over 60,000 industry professionals who rely on *MBW's* FREE daily newsletter and alert emails for essential insights and breaking news.

ENTER YOUR EMAIL ADDRESS...

SIGN UP

## POPULAR ARTICLES


(https://www.musicbusinessworldwide.com/music-publishers-strike-ai-licensing-deals-with-udio-and-klay-as-nmpa-reveals-landmark-industry-wide-pacts/)

**INDUSTRY-WIDE-PACTS/)**



(https://www.musicbusinessworldwide.com/umg-launches-def-jam-recordings-north-africa-headquartered-in-casablanca-morocco/)




(https://www.musicbusinessworldwide.com/suno-asks-court-to-block-umg-and-sony-from-expanding-copyright-lawsuit-to-over-61000-recordings/)



(https://www.musicbusinessworldwide.com/after-licensing-its-ai-detection-tech-to-the-music-industry-deezer-now-lets-listeners-scan-their-own-playlists-for-ai-slop/)



(https://www.musicbusinessworldwide.com/warner-music-group-acquires-sureel-ai-the-attribution-startup-that-traces-how-ai-models-use-artists-work/)

Case 7:25-cv-10306-PMH Document 39 Filed 06/14/26 Page 48 of 55

**WORK (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/WARNER-MUSIC-GROUP-ACQUIRES-SUREEL-AI-THE-ATTRIBUTION-STARTUP-THAT-TRACES-HOW-AI-MODELS-USE-ARTISTS-WORK/)**

MBW presents INSPIRING WOMEN

MBW presents WORLD LEADERS

MBW WORLD'S GREATEST MANAGERS

MBW WORLD'S GREATEST SONGWRITERS

MBW WORLD'S GREATEST PRODUCERS

(https:// www.musicbusinessworldwide.com/)

**WHO WE ARE (HTTPS:// WWW.MUSICBUSINESSWORLDWIDE.COM/WHO-WE-ARE/)**

**WHAT WE DO (HTTPS:// WWW.MUSICBUSINESSWORLDWIDE.COM/WHAT-WE-DO/)**

## POLICIES

**TERMS OF USE (HTTPS:// WWW.MUSICBUSINESSWORLDWIDE.COM/TERMS-OF-USE/)**

**COMMENTS POLICY (HTTPS:// WWW.MUSICBUSINESSWORLDWIDE.COM/COMMENTS-POLICY/)**

**PRIVACY POLICY (HTTPS:// WWW.MUSICBUSINESSWORLDWIDE.COM/PRIVACY-POLICY/)**

**COOKIE DECLARATION (HTTPS:// WWW.MUSICBUSINESSWORLDWIDE.COM/COOKIE-DECLARATION/)**

## CONTACT US

CONTACT US (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/CONTACT-US/)

ADVERTISE WITH US (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/ADVERTISE-WITH-US/)

SEND US NEWS (MAILTO:EMAIL@MUSICBIZWORLDWIDE.COM?SUBJECT=NEWS%20SUBMISSION)

GENERAL ENQUIRIES (MAILTO:ENQUIRIES@MUSICBIZWORLDWIDE.COM?SUBJECT=GENERAL%20ENQUIRY)

REPORT A PROBLEM (MAILTO:PROBLEM@MUSICBIZWORLDWIDE.COM?SUBJECT=REPORT%20A%20PROBLEM)

## FOLLOW US

FACEBOOK (HTTPS://WWW.FACEBOOK.COM/MUSICBUSINESSWORLDWIDE)

LINKEDIN (HTTPS://WWW.LINKEDIN.COM/COMPANY/MUSICBIZWORLDWIDE/)

TWITTER (HTTPS://WWW.TWITTER.COM/@MUSICBIZWORLD)

RSS (/RSS)

© 2025 MUSIC BUSINESS WORLDWIDE
27 OLD GLOUCESTER STREET, LONDON, WC1N 3AX

WEBSITE BY 44 BYTES (HTTPS://WWW.44BYTES.NET)

RouteNote Blog



Digital Music News

# Apple Music claimed over half the streams for some hip-hop albums in the US

By Tom Newman May 29, 2020 3 mins read

## Despite only holding around half the number of paying subscribers as Spotify, Apple Music gained over 50% of the total number of streams for some of the biggest hip-hop albums released in the last two months in the US.

Based off numbers from Alpha Data and Apple Music's internal stats provided to label partners, obtained by Music Business Worldwide, we are able to see a huge share

held by Apple Music during the first week streams of some albums, over rivals such as Spotify, Amazon Music, YouTube Music, etc. Here are the six example releases they give:

- **Drake – Dark Lane Demo Tapes**: US No.2, total streams in one week: 226m. Apple Music share: **61.5%**
- **YoungBoy Never Broke Again – 38 Baby 2**: US No.1, total streams in one week: 71.8m. Apple Music share: **71.2%**
- **DaBaby – BLAME IT ON BABY**: US No.1, total streams in one week: 129.1m. Apple Music share: **59.3%**
- **Tory Lanez – The New Toronto 3**: US No.1, total streams in one week: 61.8m. Apple Music share: **67.4%**
- **Rod Wave – Pray 4 Love**: US No.2, total streams in one week: 81.3m. Apple Music share: **73.6%**
- **Lil Baby – My Turn**: US No.1, total streams in one week: 223.2m. Apple Music share: **68.6%**

With data relating to a select number of albums, of a selected genre, in a selected territory, this data does not show Apple Music has taken Spotify's crown, however it's interesting to see how different genres thrive on different platforms.

Recently launching in 52 new countries, Apple Music and artists on the platform can only expect number to grow.

**Get your music on Apple Music for free.**

50 albums apple music data double half hip-hop share spotify streams

**0 comments** **6.6K views** Share:

**Prev Post** **Next Post**

**TikTok's parent company ByteDance generated $17bn in 2019, more than YouTube's ad-revenue**

**How to create playlists on Apple Music**

## Related Posts



Digital Music News

### Google says YouTube music uploads can be used to train AI in Lyria lawsuit defence

June 12, 2026




Digital Music News

### Deezer launches AI tool to detect AI-generated music in playlists across major streaming platforms

June 12, 2026




Digital Music News

### Deezer says m unofficial Worl 2026 songs are generated

June 11, 2026



## Join Our Community

RouteNote

Follow Page 19K followers

Follow @routenote

## RouteNote Blog for your Location

**Español**

**Korean**

## Stay up to date

Sign up to our newsletter and make sure you don't miss a thing!

Enter your e-mail address here

**Subscribe**

## Key Articles for Artists

**How to use TikTok: Make money from videos and upload music**

July 15, 2025

**What is Napster and how to upload your music free**

July 15, 2025




**What is Amazon Music and how to upload your music free?**

May 20, 2025

**Everything you need to know about Edits from Instagram**

April 24, 2025

**What is Shazam and how to upload your music free?**

February 6, 2025



**When to upload in time for the holidays**

October 28, 2024

**Everything you need to know as an artist on Instagram – how to upload to Stories and Reels**

May 1, 2024



**Where is iTunes in 2023? How to upload and sell your music free**

May 1, 2024

pandora

**What is Pandora and how to upload your music free**

April 25, 2024



**What is iHeartRadio and how to upload your music free**

April 25, 2024

## Other Properties

- Push.fm
- RouteNote Convert
- RouteNote Create
- Synchedin
- Tigerra Blog
- Tunedex

© 2026 RouteNote Blog. All rights reserved.