UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mister Money Inc.,

                            *Plaintiff*,

            - against -                                    Civil Action No. 7:25-cv-10306-PMH

Tyreke Rieco Rogers p/k/a Lil Double 0, *et al.*

                            *Defendants*.
-----------------------------------------------------------X

## DEFAULT JUDGMENT ON DAMAGES

This action having been commenced on December 12, 2025, by electronically filing the

Complaint with this Court;

And Defendant Tyreke Rieco Rogers having waived service of the Summons pursuant to

Federal Rule of Civil Procedure 4(d)(3) by signing a Waiver of the Service of Summons (Form

AO 399) and returning this signed form to Plaintiff's counsel on January 21, 2026;

And Plaintiff having filed this signed Waiver of the Service of Summons with the Court

on January 21, 2026;

And the Defendant Tyreke Rieco Rogers not having answered the Complaint, and the time

for answering the Complaint having expired, ~~it is~~

And the Court having entered default judgment against Defendant Tyreke Rieco Rogers on liability and for declaratory relief (Doc. 37), it is

**ORDERED, ADJUDGED AND DECREED:**

1.    Plaintiff's application for a Default Judgment is GRANTED;

~~2.    Judgment is entered declaring that Plaintiff Mister Money, Inc. is the co-author of, and 50% copyright owner of, each of the following works attributed to Defendant Tyreke Rieco Rogers p/k/a Lil Double 0: (1) *007*, (2) *G6*, (3) *G6 Pt. 2*, (4) *Oh Okay*, and (5) *Jazz*.~~

- 1 -

- 2 -

3.    Judgment is hereby entered in favor of Plaintiff Mister Money, Inc. and against Defendant Tyreke Rieco Rogers p/k/a Lil Double 0 in the liquated amount of $593,640, with post judgment interest at the rate of _____% per annum pursuant to 28 U.S.C. § 1961.

**SO ORDERED**

Dated: White Plains, New York
     June 23, 2026

_____
The Honorable Philip M. Halpern
United States District Judge

This document was entered on the docket on _____, 2026.

- 2 -